**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                            **INDICTMENT NO.**  5:26-CR-077-SCM

**COTY ALLEN SAVAGE**

\*     \*     \*     \*     \*

**THE GRAND JURY CHARGES:**

On or about June 19, 2026, in Clark County, in the Eastern District of Kentucky,

**COTY ALLEN SAVAGE**

knowingly and unlawfully took and obtained United States currency from the person and

presence of an employee of BP Gas Station, 108 Rolling Hills Lane, Winchester,

Kentucky, against the employee's will by means of actual and threatened force, violence,

and fear of injury to the employee's person, and as a result, interstate commerce was

obstructed, delayed, or affected in any way or degree, in violation of 18 U.S.C. § 1951.

**A TRUE BILL**

_____
**FOREPERSON**

_____
**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**    Not more than 20 years imprisonment, a $250,000 fine, and 3 years of supervised release

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.

**PLUS:**    Forfeiture, if applicable.